FILED
CLERK, U.S. DISTRICT COURT

JUN 22

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

Armen Baghumyan

Defendant.

Case No. 2:18-MJ-01638

**ORDER OF DETENTION AFTER HEARING**

[Fed.R.Crim.P. 32.1(A)(6);
18 U.S.C. § 3143(A)]

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Northern District of California for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.    ☒    The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on _____

_Defendant refused to interview with Pretrial Service and did not contest detention._

and/or

B.   ☒   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: _Defendant refused to interview with Pretrial Services and did not contest detention._

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated:   _6/22/2018_

_____
ALEXANDER F. MacKINNON
UNITED STATES MAGISTRATE JUDGE

2